UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AGNES LAWSON, et al.,

*Plaintiffs*,

v.

PRAXAIR, INC. et al.,

*Defendants*.

Civil Action No.: 16-2435 (PGS)(DEA)

**ORDER**

THIS MATTER having been brought before the Court on the Motion to Remand by Plaintiffs Agnes Lawson, et al. ("Plaintiffs") [ECF No. 16]; and after considering the submissions of the parties, for the reasons stated on the record on July 5, 2016, and for good cause shown:

IT IS, on this 5th day of July, 2016;

**ORDERED**, that Defendants' Motion to Remand [ECF No. 16] is DENIED.

_____
PETER G. SHERIDAN, U.S.D.J.