

44 Whippany Road
Morristown, NJ 07960
Telephone: 973-520-2300
Fax: 973-520-2600
www.lockelord.com

Eric S. Westenberger
Partner
Direct Telephone: 973-520-2315
Direct Fax: 888-325-9026
eric.westenberger@lockelord.com

August 31, 2016

**VIA ECF**

The Honorable Brian R. Martinotti
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      Re:    Agnes Lawson v. Praxair, et al., Docket No. 3:16-cv-2435
              American Guarantee v. Praxair, et al., Docket No. 3:16-cv-2436

Dear Judge Martinotti:

This office represents Defendant Western/Scott Fetzer Company (improperly sued as "Western Enterprises, A Scott Fetzer Company," "Western, A Scott Fetzer Company," and "Western Enterprises").

Please accept this letter as confirmation of Defendant Western/Scott Fetzer Company's receipt of notice of the oral argument regarding the Third Party Defendants' Motions to Dismiss, which are set for September 21, 2016, at 10:00 a.m. in Trenton in Courtroom 1.   Thank you.


Respectfully submitted,

s/ Eric S. Westenberger

Eric S. Westenberger

cc:      All Counsel of Record (*via ECF*)


AM 58661493.1

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami
Morristown | New Orleans | New York | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach

A Delaware Limited Liability Partnership Including Professional Corporations   Partner-in-Charge, George R. Talarico