

**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Jeremy D. Mishkin**<br>Admitted in Pennsylvania & New York | 123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109<br>Tel: 215-772-1500 | Direct Dial:  215-772-7246<br>Fax:  215-772-7620<br>Email:  jmishkin@mmwr.com |

December 30, 2016

**VIA CM/ECF**

The Honorable Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

    Re:   *Agnes Lawson v. Praxair, et al.,*
            **Docket No. 3:16-cv-2435-BRM-DEA**

          *American Guarantee v. Praxair, et al.,*
           **Docket No. 3:16-cv-2436-BRM-DEA**
           **(Consolidated for the purposes of discovery)**

Dear Judge Martinotti,

    I represent Praxair in these matters. My client and I are ready, willing and able to attend and participate in the conference set by the Court for January 5, 2017. My client believes that there was indeed a settlement reached in the American Guarantee matter and stands ready to perform under it. The Court's conference will be an opportunity to resolve the issue regarding settlement, while setting a briefing schedule would unnecessarily delay the process and increase its expense for all concerned.

    In addition, my client is interested in exploring settlement of the Agnes Lawson matter and the parties have been communicating about engaging a private mediator for that purpose. We respectfully suggest that the January 5 Court conference include that proposal as an agenda item as well.

                         Respectfully,

                         */s/ Jeremy D. Mishkin*
                         Jeremy D. Mishkin (*pro hac vice*)

cc:    All Counsel of Record (*via CM/ECF*)