

Christopher D. Hinderliter
Direct Email: chinderliter@sheridanandmurray.com

Admitted to PA & NJ Bars

December 30, 2016

*Via ECF*

The Honorable Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State Street
Trenton, NJ 08608

      RE:    *Lawson, et al v. Praxair, et al*
               Civil Action No. 3:16-cv-02435

Dear Judge Martinotti:

      This firm represents Agnes and Cassius Lawson in the above matter. I am writing to confirm receipt of the Court's December 28, 2016 notice of a Settlement/Status Conference on January 5, 2017. Counsel for the Lawson Plaintiffs will attend the January 5, 2017 conference. The Lawson Plaintiffs are not able to attend a conference in person on January 5, 2017 but will be available by telephone to the extent necessary.

                                            Respectfully submitted,

                                            CHRISTOPHER D. HINDERLITER

CDH:
Cc:  All counsel (Via ECF)

PH: 215.977.9500
FX: 215.977.9800

SheridanAndMurray.com

Mailing address | 424 S. Bethlehem Pike, Third Floor
Fort Washington, PA 19034

Philadelphia office | 1845 Walnut Street, 21st Floor
Philadelphia, PA 19103