UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: REGINA TELL

DATE OF PROCEEDINGS: 1/5/2017
CIVIL DOCKET #:16-2435(BRM)

TITLE OF CASE:
Agnes Lawson, et al.,
       vs.
Praxair, Inc., et al.,

APPEARANCES:
Ron Pingitole, Esquire for plaintiff
Paul Robert, client present.
Thomas Sheridan & Neil Murray, Esquires for plaintiffs
Jeremy Mishkin, Esquire for Praxair defendants
Eric Sarner, client present.
Eric Westernberge, Esquire for defendant
David Lamb, client present.
Marianne Gilmartin, & Michaelle Lependorf, Esquires for defendants, Princeton Health Care & UMCPP
Frank Feci, claims representative

NATURE OF PROCEEDINGS: IN-PERSON STATUS CONFERENCE HELD.

Ordered pending motions administratively terminated without prejudice; order to follow.

Further ordered case to mediation before Judge Joel Pisano.

Further ordered parties to continue discovery conference before Magistrate Judge Arpert on 1/10/2017.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 11:10 a.m.
TOTAL TIME: 1 hour & 10 minutes

                                    s/Dana Sledge-Courtney
                                      Courtroom Deputy