# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
                                        :
AGNES LAWSON, et al.,                   :
                                        :
              Plaintiffs,   :   Civ. Action No. 16-2435-BRM-DEA
                                        :
      v.                                :
                                        :   **ORDER**
PRAXIAR, INC., et al.,                  :
                                        :
              Defendants.   :
_____:

     **THIS MATTER** is opened to the Court on two Motions to Dismiss: (1) Third-Party Defendants Princeton Healthcare System and Princeton Healthcare System Holdings, Inc.'s (collectively, "Princeton Defendants") Motion to Partially Dismiss (ECF No. 37) Defendants/Third-Party Plaintiffs Praxair Distribution, Inc. and Praxair Distribution Mid-Atlantic LLC's (collectively, "Praxair Defendants") Third-Party Complaint (ECF No. 11); and (2) Princeton Defendants' Motion to Dismiss (ECF No. 39) Defendant/Third-Party Plaintiff Western/Scott Fetzer Company's ("Western") Third-Party Complaint (ECF No. 17). Praxair Defendants and Western oppose these Motions. The Court having reviewed the parties' submissions in connection with these Motions and having held a status/settlement conference on January 5, 2017, for the reasons set forth on the record, with the consent of the parties, and for good cause shown,

     **IT IS** on this 5th day of January, 2017,

     **ORDERED** that the Motions to Dismiss (ECF Nos. 37 & 39) are **ADMINISTRATIVELY TERMINATED WITHOUT PREJUDICE**; it is

**FURTHER ORDERED** that Plaintiffs Agnes Lawson and Cassius Lawson ("Plaintiffs"), together with Princeton Defendants, Praxair Defendants, and Western shall participate in mediation with the Honorable Joel A. Pisano; it is

**FURTHER ORDERED** that the parties shall inform the Court if Judge Pisano is unavailable to mediate due to a conflict of interest, in which case the Court will assist the parties in selecting a new mediator; it is

**FURTHER ORDERED** that Plaintiffs, Princeton Defendants, Praxair Defendants, and Western shall split the costs of mediation equally, each paying 25% of the total costs; it is

**FURTHER ORDERED** that the parties shall promptly inform the Court of the results of mediation; it is

**FURTHER ORDERED** that discovery in this matter shall proceed, unless otherwise ordered by the Court; it is

**FURTHER ORDERED** that the telephonic conference with the Honorable Douglas E. Arpert set for January 10, 2017 at 3:00pm shall proceed as scheduled; and it is

**FURTHER ORDERED** that Defendants shall respond to Plaintiffs' request for insurance information (previously served) by January 13, 2017.

        **/s/     Brian R. Martinotti**
        **HON. BRIAN R. MARTINOTTI**
        **United State District Judge**