# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Georgette Castner**
Admitted in New Jersey & Pennsylvania

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial:   856 488-7794
Fax:           856-488-7720
Email:         gcastner@mmwr.com

February 16, 2017

**VIA ECF**

Honorable Douglas R. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

    Re:    **Lawson, et al. v. Praxair, Inc., et al.**
              **Civil Action No. 3:16-cv-02435-BRM-DEA**

Dear Magistrate Judge Arpert:

    We represent the Praxair Defendants in the above-referenced matter. Please accept this letter as the parties request for a one-week extension to file the joint status report detailing any unresolved discovery disputes, which is currently due tomorrow February 17, 2017.

    By way of background, on January 10, 2017, your Honor conducted a telephone status conference during which certain discovery issues were raised by the parties. Your Honor directed the parties to attempt to resolve the issues and file a joint status report regarding any unresolved issues by February 17th. The parties have been working in an attempt to resolve the issues including participating in an in-person meet and confer on February 8th. The parties request just an additional one-week extension of time to prepare the joint status report.

    Thank you for your consideration of this request.

                          Respectfully,

                          s/ Georgette Castner

                          Georgette Castner

cc:    All Counsel of Record (*via ECF*)