UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AGNES LAWSON, et al., | : | Civil Action No. 16-2435 (PGS) |
| Plaintiffs, | : | |
| v. | : | SCHEDULING ORDER |
| PRAXAIR, INC., et al., | : | |
| Defendants. | : | |

This matter having come before the Court during a telephone status conference on July 7, 2017; and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 10th day of July 2017,

ORDERED THAT:

1. Defendants' responses to Plaintiffs' supplemental written discovery requests must be served by August 4, 2017. Thereafter, Defendants will begin "rolling production" of responsive documents.

2. Defendants' production of documents must be "substantially complete" by August 25, 2017.

3. Lead counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute(s). Any unresolved dispute(s) must be submitted to the Court in a joint letter, no later than September 15, 2017.

4. The Court will conduct an in-person status conference on September 28, 2017 at 3:00 P.M. during which the Court will set a schedule for completion of discovery.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge