

Christopher D. Hinderliter
Direct Email: chinderliter@sheridanandmurray.com

_____
Admitted to PA & NJ Bars

September 15, 2017

**Via ECF**

Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

      **RE:**   *Lawson, et al v. Praxair, et al*
             **Civil Action No. 3:16-cv-02435**

Dear Judge Arpert:

      As you are aware, this firm represents the Lawson Plaintiffs regarding the above captioned matter. According to Your Honor's Order, the parties to this matter were directed to file a joint status letter no later than September 15, 2017. The parties are scheduled to attend an in person conference with Your Honor on September 28, 2017 at 3:00 pm.

      I am writing to advise that several discovery related issues remain unresolved, but are not yet at an impasse. Efforts to resolve these matters are continuing. For that reason, the parties respectfully request an extension until Thursday September 21, 2017 to file with the Court a joint status report.

      Thank you for your attention to this request. Should Your Honor need anything additional, we remain available.

                                                           Respectfully submitted,

                                                           */s/ Christopher D. Hinderliter*

                                                           CHRISTOPHER D. HINDERLITER

cc:    **Via ECF**
           All counsel of record

PH: 215.977.9500
FX: 215.977.9800

SheridanAndMurray.com

Mailing address | 424 S. Bethlehem Pike, Third Floor
Fort Washington, PA 19034

Philadelphia office | 1845 Walnut Street, 21st Floor
Philadelphia, PA 19103