**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**                                    **DATE:** September 28, 2017
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                    **DOCKET # 16-2435(BRM)**
AGNES LAWSON, et al.
                      vs.
PRAXAIR, INC., et al.

                    **DEFT. PRESENT**

**APPEARANCES:**
Christopher Hinder & Thomas Sheridan Esqs. for Plaintiffs
Georgette Castner, Jeremy Mishkin, Eric Westenberger, Ron Pingitore & Marianne Gilmartin, Esqs. for Defendants

**Nature of Proceedings**:    IN PERSON STATUS CONFERENCE HELD ON THE RECORD ON 9/28/2017 RE: DISCOVERY.

**Time Commenced: 3:10 P.M.**
**Time Adjourned: 4:30 P.M.**
**Total Time:** (1 hr. 10 mins)

                              S/Charmaine D. Ellington
                               DEPUTY CLERK