UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE DOUGLAS E. ARPERT
COURT REPORTER: ESR

DATE OF PROCEEDINGS: 1/16/2018

TITLE OF CASE:
Agnes Lawson, et al.,
      vs.
Praxair, Inc., et al.,

CIVIL DOCKET #:16-2435(BRM)

APPEARANCES:
Chris Hinderliter, Esq. for plaintiff
Frank Mangiaracina, Esq. for plaintiff
Thomas Sheridan & Neil Murray, Eqs. for plaintiffs Jeremy
Mishkin, Esq. for Praxair defendants
Eric Westernberger, Esq. for defendant
Jennine Disomma, Esq. for defendants, Princeton Health Care & UMCPP

NATURE OF PROCEEDINGS: TELEPHONE STATUS CONFERENCE HELD.

TIME COMMENCED: 3:05 p.m.
TIME ADJOURNED: 4:25 p.m.
TOTAL TIME: 1 hour & 15 minutes

                                              s/Charmaine D. Ellington
                                                Courtroom Deputy