| | |
|---|---|
| AGNES LAWSON, et.al., | : |
| Plaintiffs, | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| v. | : |
| | : Civil Action No. 16-2435 (BRM) |
| PRAXAIR DISTRIBUTION MID-ATLANTIC, LLC, et.al., | : |
| | : **ORDER** |
| Defendants. | : |

**THIS MATTER** comes before the Court on the following motions: (1) Plaintiffs' motion to compel discovery regarding substantially similar products [ECF No. 113]; (2) Plaintiffs' motion seeking leave to provide certain documents to WHA International [ECF No. 115]; (3) Praxair's motion to amend the Third Party Complaint [ECF No. 133]; (4) Western's motion to amend the Third Party Complaint [ECF No. 134]; and (5) Praxair's second motion to amend the Third Party Complaint [ECF No. 143]. The Court heard argument on the motions on September 19, 2018. For the reasons stated on the record of that proceeding,

IT IS on this 19th day of September 2018

ORDERED that Plaintiffs' motion to compel discovery regarding substantially similar products **[ECF No. 113]** is granted as follows:

No later than 30 days from the date of this Order, the Praxair Defendants are to supplement their response to the relevant Requests to generally identify the documents responsive to those Requests and are to reaffirm in writing that the Praxair Defendants (1) have made a reasonable search for responsive documents; (2) have not withheld any documents on the basis of any objection and (3) are not aware of any documents responsive to the Requests that have not been produced; and it is further

ORDERED that Plaintiffs' motion seeking leave to provide certain documents to third-party WHA International **[ECF No. 115]** is denied; and it is further

ORDERED that Praxair's two motions to amend the Third Party Complaint **[ECF No. 133]** and **[ECF No. 143]** are granted; and it is further

ORDERED that Western's motion to amend the Third Party Complaint **[ECF No. 134]** is granted; and it is further

ORDERED that the Amended Third Party Complaints should be filed no later than 30 days from the date of this Order.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge