# MONTGOMERY McCRACKEN

ATTORNEYS AT LAW

| **Georgette Castner**<br>Admitted in New Jersey & Pennsylvania | LibertyView<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-2220<br>Tel: 856-488-7700 | Direct Dial:   856 488-7794<br>Fax:             856-488-7720<br>Email:         gcastner@mmwr.com |
| --- | --- | --- |

March 25, 2019

**VIA ECF**

Honorable Douglas R. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> Re:   **Lawson, et al. v. Praxair, Inc., et al.**
> **Civil Action No. 3:16-cv-02435-BRM-DEA**

Dear Magistrate Judge Arpert:

We represent the Praxair Defendants in the above-referenced matter. Please accept this letter as the Praxair Defendants' request to reschedule the telephone status conference currently scheduled for April 24, 2019 at 3:30 p.m. (see Doc. # 179) as my colleague Jeremy Mishkin and I are both away on vacation returning May 1, 2019. The Western Defendants and Third-Party Defendant University Medical Center of Princeton at Plainsboro consent to the Praxair Defendants' request to the extent that the conference is rescheduled for a date after May 1, 2019. However, Plaintiffs consent to the request to the extent the conference is scheduled before April 19th, but object if the conference is scheduled after May 1, 2019.

Thank you for your consideration of this request.

Respectfully,

s/ Georgette Castner

Georgette Castner

cc:   All Counsel of Record (*via ECF*)

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
JOHN J. LEVY, NEW JERSEY RESPONSIBLE PARTNER

4911419v1