**Montgomery McCracken Walker & Rhoads LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
By:    Paul H. Zoubek, Esquire
        Jeremy D. Mishkin, Esquire (*Pro Hac Vice*)
        Georgette Castner, Esquire
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
*Attorneys for the Praxair Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al.,<br>          Plaintiffs,<br><br>   v.<br><br>PRAXAIR, INC., et al.,<br>          Defendants.<br>PRAXAIR DISTRIBUTION, INC., et al.,<br><br>        Defendants/<br>      Third-Party Plaintiffs,<br><br>   v.<br><br>PRINCETON HEALTHCARE SYSTEM<br>HOLDING, INC., et al.,<br><br>      Third-Party Defendants. | Civil Action No.: 3:16-cv-2435-BRM-DEA |

## THE PRAXAIR DEFENDANTS' NOTICE OF MOTION FOR COURT ORDER PERMITTING THE RELEASE OF MIDDLESEX COUNTY PROSECUTOR'S ARSON INVESTIGATION FILE #14-00301

TO:    Christopher Kuberiet, First Assistant Prosecutor
         Middlesex County Prosecutor's Office
         25 Kirkpatrick Street, 3rd Floor
         New Brunswick, NJ 08901

         All Counsel of Record

4881413v1

PLEASE TAKE NOTICE that on May 6, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard, the Praxair Defendants through their undersigned attorneys, shall move before Magistrate Judge Douglas E. Arpert, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order permitting the release of Middlesex County Prosecutor's Arson Investigation File #14-00301 in connection with the Lawson incident.

PLEASE TAKE FURTHER NOTICE that the Praxair Defendants do not request oral argument in connection with this motion unless opposition papers are filed.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

Dated:  March 26, 2019          By:     *s/Georgette Castner*_____
                                        Paul H. Zoubek, pzoubek@mmwr.com
                                        Jeremy D. Mishkin, jmishkin@mmwr.com
                                        (admitted *pro hac vice*)
                                        Georgette Castner, gcastner@mmwr.com
                                        LibertyView, Suite 600
                                        457 Haddonfield Road
                                        Cherry Hill, NJ 08002
                                        Tel: (856) 488-7700
                                        Fax: (856) 488-7720

                                        *Attorneys for the Praxair Defendants*

## CERTIFICATE OF SERVICE

I, Georgette Castner, hereby certify that on this date, the foregoing Praxair Defendants' Notice of Motion for Court Order Permitting the Release of Middlesex County Prosecutor's Arson Investigation File #14-00301, Certification of Georgette Castner, Esquire in support and proposed form of Order have been served via the Court's CM/ECF system to all counsel of record and via FedEx to the following:

> Christopher Kuberiet, First Assistant Prosecutor
> Middlesex County Prosecutor's Office
> 25 Kirkpatrick Street, 3rd Floor
> New Brunswick, NJ 08901

*s/Georgette Castner*

Dated:  March 26, 2019

4881413v1