## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON and CASSIUS LAWSON, h/w<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 16-2435 (BRM)(DEA)<br><br>**ORDER** |

**THIS MATTER** is before the Court following the Honorable Judge Douglas E. Arpert's granting of Plaintiff's application for the appointment of a Special Master under Federal Rule of Civil Procedure 53. (ECF No. 187 ¶ 5.) Pursuant to same, the Court proposes and anticipates the appointment of Judge Harry G. Carroll (ret.), Meyerson, Fox, Mancinelli & Conte, P.A., One Paragon Drive, Suite 240, Montvale, New Jersey, as Special Master. Consistent with Judge Arpert's order, the parties shall:

> no later than April 30, 2019, . . . submit correspondence to the Court addressing (1) the party's position on any issue the party would like the Court to consider in relation to the appointment of a Special Master; and (2) the party's position on the items identified in Rule 53(b)(2).

(ECF No. 187 ¶ 5.) Accordingly, and for good cause appearing,

    **IT IS** on this 22nd day of April 2019,

    **SO ORDERED**.

                                                     */s/ Brian R. Martinotti*
                                                  **HON. BRIAN R. MARTINOTTI**
                                                  **UNITED STATES DISTRICT JUDGE**