**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
By:   Paul H. Zoubek, Esquire
      Jeremy D. Mishkin, Esquire, *pro hac vice*
      Georgette Castner, Esquire
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
*Attorneys for Praxair Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AGNES LAWSON, et al., <br><br>     Plaintiffs, <br><br>  v. <br><br> PRAXAIR, INC., et al., <br><br>     Defendants. <br> _____ <br> PRAXAIR DISTRIBUTION, INC., et al., <br><br>     Defendants/Third-Party Plaintiffs, <br><br>  v. <br><br> PRINCETON HEALTHCARE SYSTEM HOLDING, INC., et al., <br><br>     Third-Party Defendants. | Civil Action No.: 3:16-cv-2435-BRM-DEA |

**CONSENT ORDER ADMITTING**
<u>**NICHOLAS E. WHEELER, ESQ., *PRO HAC VICE***</u>

**THIS MATTER** having come before the Court upon the agreement of all counsel of record;

and

**WHEREAS** this matter having been brought before the Court upon application of

Montgomery, McCracken, Walker & Rhoads, LLP, attorneys for the Praxair Defendants, for the *pro*

*hac vice* admission of Nicholas E. Wheeler, Esq., pursuant to L. Civ. R. 101.1; and

4939349v1

-2-

**WHEREAS** the Court having considered the submissions in support of the application, which reflect that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no opposition to this application; and for good cause shown;

**IT IS** on this 1st day of July, 2019 **ORDERED** that the application for the *pro hac vice* admission of counsel, Nicholas E. Wheeler, Esq., is granted; and

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and

**IT IS FURTHER ORDERED** that an attorney of record in this matter with the law firm of Montgomery, McCracken, Walker & Rhoads, LLP, who is authorized to practice law in the State of New Jersey and the United States District Court for the District of New Jersey shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) arrange for all pleadings, briefs, and other papers submitted to this Court to be signed by an attorney of record with Montgomery, McCracken, Walker & Rhoads, LLP, who is authorized to practice law in the State of New Jersey and the United States District Court for the District of New Jersey; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and counsel in this matter; and

**IT IS FURTHER ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

**IT IS FURTHER ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

4939349v1

**IT IS FURTHER ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, within twenty (20) days from the date of the entry of this Order, for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(3)(c); and

**IT IS FURTHER ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceedings shall occur because of the participation of counsel or his inability to be in attendance at proceedings.

APPROVED AND SO ORDERED

*s/Douglas E. Arpert*
**HONORABLE DOUGLAS E. ARPERT**
**United States Magistrate Judge**

| I hereby consent on behalf of my clients to entry of the foregoing Order. | I hereby consent on behalf of my clients to entry of the foregoing Order. |
|---|---|
| *s/Thomas W. Sheridan* | *s/Georgette Castner* |
| Thomas W. Sheridan, Esq. | Georgette Castner, Esq. |
| Christopher D. Hinderliter, Esq. | Jeremy D. Mishkin, Esq., admitted *pro hac vice* |
| Neil T. Murray, Esq., admitted *pro hac vice* | MONTGOMERY, MCCRACKEN, WALKER |
| SHERIDAN & MURRAY, LLC | & RHOADS, LLP |
| 424 S. Bethlehem Pike | LibertyView |
| Third Floor | 457 Haddonfield Road, Suite 600 |
| Fort Washington, PA  19034 | Cherry Hill, NJ  08002 |
| 215-977-9500 | 856-488-7700 |
| tsheridan@sheridanandmurray.com | gcastner@mmwr.com |
| chinderliter@sheridanandmurray.com | jmishkin@mmwr.com |
| nmurray@sheridanandmurray.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Praxair Defendants* |

-4-

| | |
|---|---|
| I hereby consent on behalf of my clients to entry of the foregoing Order.<br><br>*s/Jennine DiSomma*<br>Jennine DiSomma, Esq.<br>SAIBER LLC<br>18 Columbia Turnpike<br>Suite 200<br>Florham Park, NJ 07932-2266<br>973-622-3333<br>jdisomma@saiber.com<br><br>*Attorneys for UMCPP* | I hereby consent on behalf of my clients to entry of the foregoing Order.<br><br>*s/Eric S. Westenberger*<br>Eric S. Westenberger, Esq.<br>SILLS, CUMMIS & GROSS, P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>973-643-7000<br>eric.westenberger@sillscummis.com<br><br>*Attorneys for Western Defendants* |