**ULMER & BERNE LLP**
By: Paul J. Cosgrove, Esq.
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Phone: (513) 698-5000/Fax: (513) 698-5001
*Attorney for Non-Party Subpoena Respondents*
*WHA International, Inc. and Barry Newton, Ph.D.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al., | ) |
| Plaintiffs, | ) CASE NO. 3:16-cv-02435-BRM-DEA |
| v. | ) JUDGE BRIAN R. MARTINOTTI |
| PRAXAIR, INC., et al., | ) MAGISTRATE JUDGE DOUGLAS E. ARPERT |
| Defendants. | ) |
| PRAXAIR DISTRIBUTION, INC., et al., | ) |
| Defendants/Third-Party Plaintiffs, | ) |
| v. | ) **CONSENT ORDER ADMITTING** |
|  | ) **JOSHUA A. KLARFELD, ESQ.,** |
| PRINCETON HEALTHCARE SYSTEM HOLDING, INC., et al., | ) *PRO HAC VICE* |
| Third-Party Defendants. | ) |

**THIS MATTER** having come before the Court upon the agreement of all counsel of record; and

**WHEREAS** this matter having been brought before the Court upon application of Ulmer & Berne LLP, attorneys for Non-Parties WHA International, Inc., and Barry Newton, Ph.D., for the *pro hac vice* admission of Joshua A. Klarfeld, Esq., pursuant to L. Civ. R. 101.1; and

**WHEREAS** the Court having considered the submissions in support of the application, which reflect that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no opposition to this application; and for good cause shown;

**IT IS** on this 11th day of October, 2019, ORDERED that the application for the *pro hac vice* admission of counsel, Joshua A. Klarfeld, Esq., is granted; and

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and

**IT IS FURTHER ORDERED** that an attorney of record in this matter with the law firm of Ulmer & Berne LLP, who is authorized to practice law in the State of New Jersey and the United States District Court for the District of New Jersey shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) arrange for all pleadings, briefs, and other papers submitted to this Court to be signed by an attorney of record with Ulmer & Berne LLP, who is authorized to practice law in the State of New Jersey and the United States District Court for the District of New Jersey; (d) appear at all proceedings involving WHA International, Inc., or Dr. Newton; and (e) be responsible for the conduct of the case and counsel in this matter; and

**IT IS FURTHER ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

**IT IS FURTHER ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

**IT IS FURTHER ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, within twenty (20) days from the date of the entry of this Order, for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(3)(c); and

**IT IS FURTHER ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceedings shall occur because of the participation of counsel or his inability to be in attendance at proceedings.

APPROVED AND SO ORDERED

_____
**HONORABLE DOUGLAS E. ARPERT**
**United States Magistrate Judge**

— terminates ECF No. 240