UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>PRAXAIR, INC., et al.,<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 3:16-cv-02435-BRM-DEA |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Paul J. Cosgrove
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Joshua A. Klarfeld

Address: Ulmer & Berne LLP
1660 West 2nd St., Suite 1100
Cleveland, Ohio 44113
216-583-7192

E-mail: jklarfeld@ulmer.com
(One email address only)

DNJ-CMECF-002