

Christopher D. Hinderliter
Direct Email: chinderliter@sheridanandmurray.com



Admitted to PA & NJ Bars

**Via ECF**

November 7, 2019

Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

RECEIVED

NOV 0 8 2019

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

**RE:** *Lawson, et al v. Praxair, et al*
**Civil Action No. 3:16-cv-02435**

Dear Judge Arpert:

This firm represents the Plaintiffs in the above matter. The parties are in receipt of Your Honor's Order dated October 30, 2019 (ECF 248) which extended the fact discovery deadline to February 14, 2020 and scheduled a telephonic status conference for December 10, 2019. Please accept this letter as a joint request from all parties to extend the remaining case management deadlines so that they are phased out from the new fact discovery deadline, as set forth below.

1. Telephonic Status Conference: December 10, 2019 at 3:30 p.m. (plaintiff to initiate)

2. Fact discovery: February 14, 2020

3. Plaintiffs' expert disclosures and reports: April 14, 2020

4. Defendants' expert disclosures and reports: May 14, 2020

5. Third Party Defendants' expert disclosures and reports: June 14, 2020

6. Expert depositions: August 14, 2020

Thank you for your consideration of this request.

So Ordered -
/s/ USMJ

Respectfully submitted,

/s/ *Christopher D. Hinderliter*

CHRISTOPHER D. HINDERLITER

cc: All counsel of record (**Via ECF**)

PH: 215.977.9500
FX: 215.977.9800

SheridanAndMurray.com

Mailing address | 424 S. Bethlehem Pike, Third Floor
Fort Washington, PA 19034

Philadelphia office | 1845 Walnut Street, 21st Floor
Philadelphia, PA 19103