MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(A Limited Liability Partnership Formed in Pennsylvania)
By:    Paul H. Zoubek, Esquire
        Jeremy D. Mishkin, Esquire (*Pro Hac Vice*)
        Georgette Castner, Esquire
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
*Attorneys for the Praxair Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AGNES LAWSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRAXAIR, INC., et al., <br><br> Defendants. | Civil Action No.: 3:16-cv-2435-BRM-DEA |
| PRAXAIR DISTRIBUTION, INC., et al., <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> PRINCETON HEALTHCARE SYSTEM HOLDING, INC., et al., <br><br> Third-Party Defendants. | |

**CERTIFICATION OF GEORGETTE CASTNER IN SUPPORT OF**
**THE PRAXAIR DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR**
**MOTION APPEALING FROM THE SPECIAL MASTER'S**
<u>**RECOMMENDATIONS DATED NOVEMBER 5, 2019**</u>

I, Georgette Castner, of full age, hereby certify as follows:

1. I am an attorney licensed to practice law in the State of New Jersey, and am a partner with the law firm Montgomery McCracken Walker & Rhoads LLP, counsel for the Praxair Defendants in this matter.

5066483v1

2. I make this Certification in support of the Praxair Defendants' Reply Brief in Support of Their Motion Appealing From the Special Master's Recommendations Dated November 5, 2019.

3. I have no personal knowledge of the underlying events giving rise to this action. The facts set forth in this Certification are limited to procedural matters in this action and are true to my personal knowledge.

4. Attached hereto as Exhibit A is a true and correct copy of relevant highlighted portions of the deposition of Martin Frith, taken November 12, 2019.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 9, 2019

                                                     *s/Georgette Castner*
                                                     Georgette Castner

# EXHIBIT A