## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>PRAXAIR, INC., et al.,<br><br>      Defendants. | Civil Action No.: 3:16-cv-2435-BRM-DEA |
| PRAXAIR DISTRIBUTION, INC., et al.,<br><br>      Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>PRINCETON HEALTHCARE SYSTEM HOLDING, INC., et al.,<br><br>      Third-Party Defendants. | |

### ⌐ ORDER TO SEAL DOCUMENTS

AND NOW, upon consideration of the Praxair Defendants' Motion Redact Portions of the January 16, 2018 Hearing Transcript [D.E. 235], specifically lines 40:2-41:10 and 45:10-18, and good cause having been shown, this Court finds as follows:

### Findings of Fact

1.     The January 16, 2018 Hearing Transcript [D.E. 235], specifically lines 40:2-41:10 and 45:10-18, contains proprietary, confidential, trade secret, and sensitive business information, including confidential information related to Praxair's confidential testing procedures that are not known to the public.

2.     The information therein concerns confidential testing procedures and processes and this information is not available to the public.

3.    The Praxair Defendants have a legitimate interest in maintaining the confidentiality of the redacted portions of the January 16, 2018 Hearing Transcript [D.E. 235], specifically lines 40:2-41:10 and 45:10-18, because these very small segments of the transcript contain descriptions of Praxair's confidential testing procedures that are not known to the public or competitors.

4.    The Praxair Defendants will suffer serious competitive disadvantage and injury if the business information contained in these materials is disclosed publicly.

### Conclusions of Law

5.    Because the January 16, 2018 Hearing Transcript [D.E. 235], specifically lines 40:2-41:10 and 45:10-18, contains proprietary, confidential, and trade secret information, concerning testing procedures, and because the Praxair Defendants would suffer serious competitive injury if such information was made publicly available, good cause exists to keep these materials under seal.

IT IS on this 11ᵗʰ day of December, 2019, hereby

**ORDERED** that the Praxair Defendants' Motion to Redact shall be, and hereby is **GRANTED**; and it is further

**ORDERED** that the January 16, 2018 Hearing Transcript [D.E. 235], specifically lines 40:2-41:10 and 45:10-18, shall be **REDACTED**.

_____
Hon. Brian R. Martinotti, U.S.D.J.

— terminates ECF No. 247

-2-

5041591v1