UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE DOUGLAS E. ARPERT
COURT REPORTER: ESR

DATE OF PROCEEDINGS: 12/16/19
CIVIL DOCKET #:16-2435(BRM)

TITLE OF CASE:
AGNES LAWSON, et al.,
       vs.
PRAXAIR INC.,
et al.,

APPEARANCES:
Chris Hinderliter, Esq. for plaintiff
Thomas Sheridan, Esq. for plaintiff
Georgette Castner Esqs. for Praxair defendants
Eric Westernberger & Patrick Gilmartin,
Esqs. for defendant Western
Jennine DiSomma, Esq. for defendants, Princeton Health Care & UMCPP

NATURE OF PROCEEDINGS: Telephone Status Conference held on the record on 12/16/2019. Order to follow.

TIME COMMENCED: 2:10 P.m.
TIME ADJOURNED: 2:45 p.m.
TOTAL TIME: (35)

                                            s/Charmaine D. Ellington
                                              Courtroom Deputy