|  |  |
|---|---|
| **AGNES LAWSON and CASSIUS LAWSON, h/w,** : <br> : **UNITED STATES DISTRICT COURT** <br> : **DISTRICT OF NEW JERSEY** <br> **Plaintiffs,** : <br> : Civil Action No. 16-2435 (BRM) <br> **v.** : <br> : **ORDER** <br> **PRAXAIR, INC., et.al.,** : <br> : <br> **Defendants.** : | |

**THIS MATTER** having come before the Court for a telephone status conference on December 16, 2019; and the Court having conferred with counsel concerning, among other issues, the status of discovery; and good cause appearing for the entry of this Order:

**IT IS on this 18th   day of December, 2019**

**ORDERED THAT:**

1. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

2. No later than December 30, 2019, counsel must meet and confer in a good faith effort to agree on a schedule for the depositions certain party witnesses as well as the appropriate scope of the depositions of designated corporate representatives.

3. Any unresolved disputes concerning such depositions must be submitted to the Special Master by January 8, 2020.

4. The Court will conduct a telephone status conference **on February 11, 2020 at 3:00 PM.** Counsel for Praxair must initiate the call to 609-989-2144. Counsel must submit a joint status report to the Court at least 48 hours in advance of the conference.

5. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

                                                        s/ Douglas E. Arpert
                                                       **DOUGLAS E. ARPERT**
                                                       **United States Magistrate Judge**