Jennine DiSomma (jdisomma@saiber.com)
Jennifer R. O'Connor (joconnor@saiber.com)
Vincent C. Cirilli (vcirilli@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333
*Attorneys for Third-Party Defendant*
*University Medical Center of Princeton at Plainsboro*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al.,<br><br>        Plaintiffs,<br>v.<br>PRAXAIR, INC., et al.,<br><br>        Defendants. | |
| PRAXAIR DISTRIBUTION, INC. AND PRAXAIR DISTRIBUTION MID-ATLANTIC LLC d/b/a GTS-WELCO,<br><br>        Defendants/<br>        Third-Party Plaintiffs,<br>v.<br>PRINCETON HEALTHCARE SYSTEM HOLDING, INC.; PRINCETON HEALTHCARE SYSTEM d/b/a UNIVERSITY MEDICAL CENTER OF PRINCETON AT PLAINSBORO and JOHN DOE(S) 1-10,<br><br>        Third-Party Defendants. | Civil Action No. 3:16-cv-2435 (BRM) (DEA)<br><br>**THIRD-PARTY DEFENDANT UMCPP'S NOTICE OF MOTION OBJECTING TO SPECIAL MASTER'S MARCH 19, 2020 ORDER (ECF NO. 300)**<br><br>**ORAL ARGUMENT IS REQUESTED ONLY IF MOTION IS OPPOSED**<br><br>Return date: June 15, 2020<br><br>*Document Filed Electronically* |
| WESTERN/SCOTT FETZER COMPANY,<br><br>        Defendant/<br>        Third-Party Plaintiff,<br>v.<br>PRINCETON HEALTHCARE SYSTEM HOLDING, INC.; PRINCETON HEALTHCARE SYSTEM d/b/a UNIVERSITY MEDICAL CENTER OF PRINCETON AT PLAINSBORO and JOHN DOE(S) 1-10,<br><br>        Third-Party Defendants. | |

**TO**:   Jeremy D. Mishkin, Esq.
**Montgomery McCracken Walker
& Rhoads, LLP**
Liberty View, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
*Attorneys for the Praxair Third-Party Plaintiffs*

**PLEASE TAKE NOTICE** that on **Monday, June 15, 2020 at 10:00 A.M.**, or as soon thereafter as counsel may be heard, Third-Party Defendant, Princeton Healthcare System d/b/a University Medical Center of Princeton at Plainsboro ("UMCPP"), shall appear before the Honorable Douglas E. Arpert, U.S.M.J., Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, and shall move this Court for an Order granting its motion objecting to the March 19, 2020 Order of the Special Master (ECF No. 300).

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, UMCPP shall rely upon its Letter Brief, any Reply papers to be submitted, if any, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if the motion is opposed.

    Respectfully submitted,

    **SAIBER LLC**
    *Attorneys for Third-Party Defendant
University Medical Center of Princeton at Plainsboro*

    */s Jennine DiSomma*
    Jennine DiSomma (jdisomma@saiber.com)
    Jennifer R. O'Connor (joconnor@saiber.com)
    Vincent C. Cirilli (vcirilli@saiber.com)
    18 Columbia Turnpike, Suite 200
    Florham Park, New Jersey 07932-2266
    (973) 622-3333

Dated:  May 18, 2020