**SHERIDAN & MURRAY, LLC**
By:  Thomas W. Sheridan, Esquire
     Neil Murray, Esquire *(Pro Hac Vice)*
     Christopher D. Hinderliter, Esquire
     Frank Mangiaracina, Esquire
424 South Bethlehem Pike, Third Floor
Fort Washington, PA 19034
(215) 977-9500
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Agnes Lawson, et al., *Plaintiffs*, v. Praxair, Inc., et al., *Defendants*. | No. 3:16-cv-2435-BRM-DEA |
| Praxair Distribution, Inc., et al., *Third-Party Plaintiffs*, v. Princeton Healthcare System Holding, Inc., et al., *Third-Party Defendants*. | |

TO: All Counsel of Record

PLEASE TAKE NOTICE that September 8, 2020, the Plaintiffs, through their undersigned attorneys, appeal from the Special Master's Order filed July 14, 2020 (ECF 335), and shall move before Magistrate Judge Douglas E. Arpert, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order compelling the Praxair and Western Defendants to disclose the identity of the court reporter for Praxair employee Shaun Lagrange's February 28, 2018,

deposition in <u>Western Enterprises v. Buckeye Rubber</u>, No. CV16-869119 (Ohio Court of Common Pleas, Cuyahoga County).

PLEASE TAKE FURTHER NOTICE that Plaintiffs request oral argument in connection with this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

                                            Respectfully Submitted,

                                            **SHERIDAN & MURRAY, LLC**

Date: <u>July 27, 2020</u>

                                  By:   <u>/s/ Frank Mangiaracina</u>
                                            FRANK MANGIARACINA, ESQUIRE
                                            *Attorney for Plaintiffs*