

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

NOTICE OF
October 2, 2018 15:27

By: COLIN R. JENNINGS 0068704

Confirmation Nbr. 1511025

| | |
|---|---|
| WESTERN ENTERPRISES INC. | CV 16 869179 |
| vs. | |
| BUCKEYE RUBBER & PACKING CO., ET AL. | **Judge:** PETER J. CORRIGAN |

**Pages Filed:** 3

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| WESTERN ENTERPRISES INC., | ) | Case No. CV-16-869179 |
| | ) | |
| Plaintiff, | ) | Judge Peter J. Corrigan |
| | ) | |
| v. | ) | |
| | ) | |
| BUCKEYE RUBBER & PACKING CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS FREUDENBERG-NOK GENERAL PARTNERSHIP AND INTERNATIONAL SEAL CO. INC.'S NOTICE OF FILING <u>DEPOSITION TRANSCRIPTS UNDER SEAL</u>**

Pursuant to the Stipulated Protective Order entered by the Court on January 4, 2017, Defendants Freudenberg-NOK General Partnership and International Seal Company Inc.'s (collectively, "Freudenberg") hereby gives notice of its filing, under seal, of the following deposition transcripts to be used at trial:

- Deposition of Jeffrey Colwell, Ph.D., dated May 10, 2018;

- Deposition of Bryan Erying, dated February 24, 2017;

- Depositions of Greg Eytchison, dated December 18, 2015 and March 8, 2017;

- Deposition of Dennis Huffman, dated April 6, 2018;

- Depositions of Robert Keller, Ph.D., dated March 3, 2017 and March 16, 2017;

- Depositions of Michael Koehler, Ph.D., dated May 24, 2018;

- Deposition of Shaun LaGrange, dated February 28, 2018;

- Deposition of Bruce Lambillotte, dated May 3, 2018;

- Depositions of Dr. Ryan Pereira, dated March 9, 2017;

- Deposition of Joe Quest, dated October 11, 2017;

- Depositions of David Simo, dated December 18, 2015 and March 15, 2015;

- Deposition of Jeffrey Smalheer, dated October 17, 2017;

- Deposition of Michael Stevenson, Ph.D., dated May 17, 2018;

- Deposition of Ted Kasper, dated February 13, 2018;

- Deposition of James White, dated February 28, 2018;

- Deposition of Jeffry Zemanek, dated October 18, 2017.

Dated: October 2, 2018                                      RESPECTFULLY SUBMITTED,

/s/ John R. Trentacosta
John R. Trentacosta (PHV 14889)
Vanessa L. Miller (PHV 14888)
Leah R. Imbrogno (PHV 5209)
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226
(313) 234-7100
jtrentacosta@foley.com
vmiller@foley.com
limbrogno@foley.com
*Admitted Pro Hac Vice, Attorneys for Defendant Freudenberg-NOK General Partnership and International Seal Company, Inc.*

/s/ Colin R. Jennings
Colin R. Jennings (0068704)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500
colin.jennings@squirepb.com

*Local Counsel for Freudenberg-NOK General Partnership Inc. and International Seal Company, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 2, 2018, I electronically filed the foregoing *Notice of Filing Deposition Transcripts Under Seal* with the Clerk of the Court using the Court's authorized electronic filing system. The parties will receive notice of this filing and can access the filing by operation of the Court's electronic filing system.

/s/ Colin R. Jennings