MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(A Limited Liability Partnership Formed in Pennsylvania)
By:   Paul H. Zoubek, Esquire
      Jeremy D. Mishkin, Esquire (*Pro Hac Vice*)
      Georgette Castner, Esquire
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
*Attorneys for the Praxair Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PRAXAIR, INC., et al.,<br><br>        Defendants.<br>_____<br>PRAXAIR DISTRIBUTION, INC., et al.,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>   v.<br><br>PRINCETON HEALTHCARE SYSTEM HOLDING, INC., et al.,<br><br>        Third-Party Defendants. | Civil Action No.: 3:16-cv-2435-BRM-DEA |

## PRAXAIR DEFENDANTS' NOTICE OF MOTION
## APPEALING FROM THE MAGISTRATE JUDGE'S JULY 28, 2020 ORDER

TO:  All Counsel of Record

PLEASE TAKE NOTICE that on September 8, 2020, or a date to be set by the Court, the Praxair Defendants, by and through their undersigned attorneys, respectfully move before the Honorable Brian R. Martinotti, United States District Judge of the United States District Court

5295516v1

for the District of New Jersey, pursuant to Fed. R. Civ. P. 72(a), 28 U.S.C. § 636(b)(1)(A) and L.Civ.R. 72.1(c)(1) for an order that the Magistrate Judge's July 28, 2020 Order is reversed and that all documents Third-Party Defendant University Medical Center of Princeton at Plainsboro ("UMCPP") has withheld or redacted based on the NJPSA privilege shall be produced within 15 days and that all costs associated with the Discovery Master's *in camera* review shall be re-allocated to UMCPP.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached, and that oral argument is requested.

|  |  |  |
|---|---|---|
|  |  | MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP |
| Dated: August 11, 2020 | By: | *s/Georgette Castner* |
|  |  | Paul H. Zoubek, pzoubek@mmwr.com |
|  |  | Jeremy D. Mishkin, jmishkin@mmwr.com |
|  |  | (admitted *pro hac vice*) |
|  |  | Georgette Castner, gcastner@mmwr.com |
|  |  | LibertyView, Suite 600 |
|  |  | 457 Haddonfield Road |
|  |  | Cherry Hill, NJ 08002 |
|  |  | Tel: (856) 488-7700 |
|  |  | Fax: (856) 488-7720 |
|  |  | *Attorneys for Praxair Defendants* |

5295516v1

## CERTIFICATE OF SERVICE

      I, Georgette Castner, hereby certify that on this date, the foregoing Praxair Defendants' Notice of Motion Appealing from the Magistrate Judge's July 28, 2020 Order, Brief in support, Certification of Georgette Castner, Esquire in support, and proposed form of Order have been served via the Court's CM/ECF system to all counsel of record.

Dated:  August 11, 2020

                                                  *s/Georgette Castner*
                                                  Georgette Castner