IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGNES LAWSON, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>PRAXAIR, INC., et al.,<br><br>      Defendants.<br>_____<br>PRAXAIR DISTRIBUTION, INC., et al.,<br><br>      Defendants/Third-Party Plaintiffs,<br><br>   v.<br><br>PRINCETON HEALTHCARE SYSTEM HOLDING, INC., et al.,<br><br>      Third-Party Defendants. | Civil Action No.: 3:16-cv-2435-ZNQ-DEA |

**[] ORDER TO SEAL PLAINTIFFS' APPLICATION
TO THE SPECIAL MASTER AND RESPONSES THERETO FILED ON
<u>PUBLIC DOCKET [D.E. 440, 452, 461] IN *LAWSON, et al. v. PRAXAIR, INC., et al.*</u>**

AND NOW, upon consideration of the Praxair Defendants' Motion to Seal Portions of Plaintiffs' Motion to Compel Punitive Damages Discovery [D.E. 440] and Exhibits B, C, D, E, F, G, H, I, J, Q, R, T, U, V, X, and Y thereto, filed under seal, Praxair's Opposition to Plaintiffs' Motion [D.E. 452] and Exhibits A, B, C, G, H, K, L, M, and P thereto, filed under seal, and Plaintiffs' Reply in Support of its Motion [D.E. 461] and Exhibits Z, AA, BB, CC, EE, FF, GG, HH, and II thereto, filed under seal, pursuant to Local Rule 5.3(c), and good cause having been shown, this Court finds as follows:

5581984v1

**Findings of Fact**

1. Praxair's Motion to Seal Portions of Plaintiffs' Motion to Compel Punitive Damages Discovery [D.E. 440] and Exhibits B, C, D, E, F, G, H, I, J, Q, R, T, U, V, X, and Y thereto, filed under seal, Praxair's Opposition to Plaintiffs' Motion [D.E. 452] and Exhibits A, B, C, G, H, K, L, M, and P thereto, filed under seal, and Plaintiffs' Reply in Support of its Motion [D.E. 461] and Exhibits Z, AA, BB, CC, EE, FF, GG, HH, and II thereto, filed under seal, contains Praxair's confidential information.

1. The information therein cites and summarizes confidential information that is not available to the public.

2. The Praxair Defendants have a legitimate interest in maintaining the confidentiality of the information contained within these filings and accompanying exhibits.

3. The Praxair Defendants will suffer serious competitive disadvantage and injury if the confidential information contained in these materials is disclosed publicly.

**Conclusions of Law**

4. Because the filings and exhibits [D.E. 440, 452, 461] contain confidential information, and because the Praxair Defendants would suffer serious competitive injury if such information was made publicly available, good cause exists to keep these materials under seal.

IT IS on this 5th day of _October, 2021, hereby

**ORDERED** that the Praxair Defendants' Motion to Seal shall be, and hereby is **GRANTED**; and it is further

5581984v1

**ORDERED** that D.E. 440, 452 and 461 shall be **SEALED** on the public docket as set forth in Exhibits C, D and E to Praxair's Motion.

s/ Douglas E. Arpert, USMJ

--terminates ECF No. 471

5581984v1